**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (California State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA O'CONNER, | |
| Plaintiff, | Case No. 2:11-cv-00818-GEB-CMK |
| vs. | STIPULATION and ORDER TO CONTINUE INITIAL STATUS CONFERENCE |
| SHINGLETOWN MEDICAL CENTER, ET AL, | |
| Defendants. _____/ | Date: July 18, 2011<br>Time: 9:00 a.m.<br>Courtroom 10<br>Garland E. Burrell, Jr. Judge |

Plaintiff, CYNTHIA O'CONNER, by and through her attorney, and Defendants, SHINGLETOWN MEDICAL CENTER, DOLLY BROOKS, NP-C, and GORDON LUI, M.D. (collectively "Defendants"), by and through their attorney, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties hereto that the Initial Status Conference hearing presently scheduled for July 18, 2011, be continued to a date to be set by the Court following Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

The grounds for the stipulation are as follows:

1. Th e attorney for the Plaintiff, Stewart C. Altemus, has been diagnosed with tonsil cancer and has undergone three surgeries since February 10, 2011. On March 18, 2011 he began intensive chemotherapy and radiation treatments. His chemotherapy treatments are every Monday from 6:30 a.m. until 3:00 p.m. following by a one hour radiation treatment. From Tuesday through Friday of each week he has radiation treatments commencing at 8:00 a.m. until approximately 9:00 a.m. These treatments which are scheduled to end in mid-May and the resultant effects of the treatments will be

on-going through at least June of 2011.  Mr. Altemus's physicians have advised him that he will be unable to work until at least until mid July, 2011 as a result of his illness and chemotherapy and radiation treatments.

    2.  On or about April 4, 2011, Defendants filed their Motion to Dismiss for Lack of Jurisdiction scheduling the hearing on the Motion for June 6, 2011.  After receipt of the Motion by Plaintiff's attorney, his assistant contacted the attorney for the Defendants, Jason Ehrlinspiel, advising him of Mr. Altemus's medical condition and requesting that the Motion be continued to a date in August of 2011 to allow Mr. Altemus the necessary time to return to the office and prepare his opposition papers to the Motion.  Mr. Ehrlinspiel agreed to change the hearing date of the Motion and Plaintiff's counsel has been advised that the hearing on the Motion will be continued to August 22, 2011.

Dated: May 20, 2011.                      ALTEMUS & WAGNER
                                          /s/ Stewart C. Altemus
                                          Stewart C. Altemus
                                          Attorneys for Plaintiff

Dated: May 24, 2011.                      UNITED STATES ATTORNEY

                                          /s/ Jason Ehrlinspiel
                                          Jason Ehrlinspiel
                                          Assistant U.S. Attorney
                                          Attorneys for Defendants

## ORDER

Pursuant to the above Stipulation of the parties, the Initial Status Conference presently scheduled for July 18, 2011 is continued to October 17, 2011 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  May 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL:  530-242-8800
FAX:  530-242-8900

2