**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (California State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CYNTHIA O'CONNER,

               Plaintiff,

     vs.

SHINGLETOWN MEDICAL
CENTER, ET AL,

               Defendants.

_____/

Case No. 2:11-cv-00818-GEB-CMK

STIPULATION and ORDER TO
CONTINUE HEARING ON UNITED
STATES' OF AMERICA'S MOTION TO
DISMISS FOR LACK OF JURISDICTION

Date: August 22, 2011
Time: 9:00 a.m.
Courtroom 10
Garland E. Burrell, Jr. Judge

     Plaintiff, CYNTHIA O'CONNER, by and through her attorney, and Defendants, SHINGLETOWN MEDICAL CENTER, DOLLY BROOKS, NP-C, GORDON LUI, M.D. and UNITED STATES OF AMERICA, (collectively "Defendants"), by and through their attorney, hereby stipulate as follows:

     IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on Defendant United States' of America's Motion to Dismiss for Lack of Jurisdiction presently scheduled to be heard on August 22, 2011, be continued to September 26, 2011 on the following grounds:

     1. In early February 2011 Plaintiff's attorney, Stewart C. Altemus was diagnosed with tonsil cancer and has undergone three surgeries since February 10, 2011. On March 18, 2011 he began

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Stipulation & Order to Continue Hearing on Motion to Dismiss

1

1  intensive chemotherapy and radiation treatments.  His chemotherapy treatments which were  every

2  Monday from 6:30 a.m. until 3:00 p.m followed by a one hour radiation treatment and from Tuesday

3  through Friday of each week commencing at 8:00 a.m. until approximately 9:00 a.m. were completed

4  at the end of May.   Although it was originally anticipated that he would be able to return to work at

5  the end of June, 2011, his physicians have now advised him that he will be unable to return to work

6  full time until the end of August, 2011, as a result of his illness and his recovery from the

7  chemotherapy and radiation treatments.  He is therefore unable to prepare and serve his opposition

8  to Defendant's Motion to Dismiss for Lack of Jurisdiction which would be required to be filed by

9  August 5, 2011 and to be present at the hearing on Defendant's motion presently scheduled for

10  August 22, 2011.

11      2.  On or about April 4, 2011, Defendants filed their Motion to Dismiss for Lack of

12  Jurisdiction scheduling the hearing on the Motion for June 6, 2011.  After receipt of the Motion by

13  Plaintiff's attorney, his assistant contacted the attorney for the Defendants, Jason Ehrlinspiel,

14  advising him of Mr. Altemus's medical condition and requesting that the Motion be continued to a

15  date in August of 2011 to allow Mr. Altemus the necessary time to return to the office and prepare

16  his opposition papers to the Motion.  Mr. Ehrlinspiel agreed to change the hearing date of the Motion.

17  (Docket No. 7) Since that time, however, as set forth above, Mr. Altemus's physicians have advised

18  him that he will be unable to return to work full time until the end of August, 2011, due to his on-

19  going recovery from his cancer and chemotherapy and radiation treatments.

20  Dated: August 1, 2011.                              ALTEMUS & WAGNER

21

22     /s/ Stewart C. Altemus
       Stewart C. Altemus
       Attorney for Plaintiff

23

    Dated: August 3, 2011.                              UNITED STATES OF AMERICA

24

25     /s/ Jason Ehrlinspiel
       Jason Ehrlinspiel

26     Assistant U.S. Attorney
       Attorneys for Defendant

27

28

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL:  530-242-8800
FAX:  530-242-8900

Stipulation & Order to Continue Hearing on Motion to Dismiss

2

**ORDER**

Pursuant to the foregoing Stipulation of the parties, the hearing on Defendant's Motion to Dismiss for Lack of Jurisdiction presently scheduled to be heard on August 22, 2011, is hereby continued to September 26, 2011 at 9:00 a.m. in Courtroom 10.

Dated:  August 3, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order to Continue Hearing on Motion to Dismiss

Stipulation & Order to Continue Hearing on Motion to Dismiss for Lack of Jurisdiction          3