**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (California State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA O'CONNER, | |
| Plaintiff, | Case No. 2:11-cv-00818-GEB-CMK |
| vs. | STIPULATION and ORDER TO CONTINUE INITIAL STATUS CONFERENCE |
| SHINGLETOWN MEDICAL CENTER, ET AL, | |
| Defendants. / | Date: October 17, 2011
Time: 9:00 a.m.
Courtroom 10
Garland E. Burrell, Jr. Judge |

Plaintiff, CYNTHIA O'CONNER, by and through her attorney, and Defendants, SHINGLETOWN MEDICAL CENTER, DOLLY BROOKS, NP-C, and GORDON LUI, M.D. (collectively "Defendants"), by and through their attorney, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties hereto that the Initial Status Conference hearing presently scheduled for **October 17, 2011**, be continued to a date to be set by the Court.

The grounds for the stipulation are as follows:

1. In early February 2011, Plaintiff's attorney, Stewart C. Altemus, was diagnosed with tonsil cancer and has undergone three surgeries as a result of his cancer. In March of 2011 he began intensive chemotherapy and radiation treatments which were not completed until the end of May. During that time he was absent from his office and continues to be absent full time from his office. Mr. Altemus's physicians originally indicated that he would be able to return to work in mid to late September. However, his physicians have now advised him that due to his on-going recovery from

his cancer treatments he will be unable to return to work full time until late October or early November, 2011.

  2. On or about April 4, 2011, Defendants filed their Motion to Dismiss for Lack of Jurisdiction scheduling the hearing on the Motion for June 6, 2011. After receipt of the Motion by Plaintiff's attorney, his assistant contacted the attorney for the Defendants, Jason Ehrlinspiel, advising him of Mr. Altemus's medical condition and requesting that the Motion be continued . Due to Mr. Altemus's medical condition and a subsequent request by the Defendants' attorney, the Motion to Dismiss for Lack of Jurisdiction is presently scheduled to be heard on **October 24, 2011.**

  Accordingly, in the interest of judicial economy, the parties to this stipulation request that the Initial Status Conference be rescheduled to a date following the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction.

Dated: September 28, 2011.    ALTEMUS & WAGNER
                /s/ Stewart C. Altemus
                Stewart C. Altemus
                Attorneys for Plaintiff

Dated: September 28, 2011.    UNITED STATES ATTORNEY

                /s/ Jason Ehrlinspiel
                Jason Ehrlinspiel
                Assistant U.S. Attorney
                Attorneys for Defendants

### **ORDER**

  For good cause and pursuant to the above Stipulation of the parties,

  IT IS HEREBY ORDERED that the Initial Status Conference presently scheduled for October 17, 2011 be continued to January 30, 2012, at 9:00 a.m. in Courtroom 10 of the above-entitled Court. A joint status report shall be filed fourteen days prior to the hearing.

Dated: September 28, 2011

                _____
                GARLAND E. BURRELL, JR.
                United States District Judge

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900